UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COREY NATHANIEL FOUNTAIN,**

    **Plaintiff,**

v.                                             Case No. 6:25-cv-1524-CEM-DCI

**ORLANDO UTILITIES COMMISSION,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 8). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 14), recommending that the Motion be denied without prejudice, that Plaintiff's Complaint (Doc. 1) be dismissed, and that Plaintiff be permitted to file an amended complaint. (Doc. 14 at 6). The Magistrate Judge also recommended that Plaintiff be directed to sign any pleading, written motion, and other paper in accordance with Federal Rule of Civil Procedure 11. (*Id.*). After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Following issuance of the R&R, Plaintiff filed an Amended Complaint (Doc. 15). While the R&R had not yet been adopted by the Court prior to Plaintiff filing the Amended Complaint—and thus, Plaintiff had not yet been granted leave to file it—the Court will nevertheless accept the Amended Complaint as properly filed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 8) is **DENIED without prejudice.**

3. Plaintiff's Complaint (Doc. 1) is **DISSMISSED without prejudice.**

4. Plaintiff's Amended Complaint (Doc. 15) is accepted as properly filed.

5. Plaintiff is directed to sign any pleading, written motion, and other paper in accordance with Rule 11.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party